Joseph Zavertnik, appellee, v. Martin V. Konda and Mary V. Konda, appellants. Gen. No. 24,303.

Action for libel. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919. Rehearing denied and opinion modified May 15, 1919. Taylor, J., dissenting.

A. L. Gettys, for appellants. Walter True, for appellee; James S. Wight, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Ambrose J. Krier, appellee, v. Walter Meek and Harry Meek, trading as Meek & Meek, appellants. Gen. No. 24,330.

Action for forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed. Opinion filed April 30, 1919. Rehearing denied May 15, 1919.

John G. Campbell, Herman A. Fisher, Jr. and John D. Peterson, for appellants. George L. Schein and Leo H. Hoffman, for appellee; Leo H. Hoffman, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

# Third District.

---

Kate M. Tilton, plaintiff in error, v. George R. Tilton, defendant in error.

Suit by wife for separate maintenance. Decree for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed October 22, 1918. Rehearing denied April 3, 1919.

Crayton & Boyle and H. I. Green, for plaintiff in error. O. M. Jones, for defendant in error.

Mr. Justice Graves delivered the opinion of the court.